**DISMISS; and Opinion Filed September 11, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01041-CV

### SYED BILAL, Appellant

### V.

### LAURA COUCH AND TRACEY HENDERSON, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01286-B**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Lang-Miers

Appellant has filed a motion to dismiss the appeal. We grant the motion and dismiss the

appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE


141041F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SYED BILAL, Appellant

No. 05-14-01041-CV      V.

LAURA COUCH AND TRACEY
HENDERSON, Appellees

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-14-01286-B.
Opinion delivered by Justice Lang-Miers.
Justices Bridges and Francis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Laura Couch and Tracey Henderson recover their costs, if any, of this appeal from appellant Syed Bilal.

Judgment entered this 11th day of September, 2014.